### ELIAKIM LITTELL v. RUFUS DOLBEAR.

Where the record of appeal was not filed for more than twelve months after the return day, no application having been made for further time, and it is not pretended that the appellant was prevented from filing it sooner by any event not under his control, the appeal will be dismissed.

APPEAL from the District Court of St. Landry, *King*, J.

MORPHY, J. A motion to dismiss this appeal has been made, which, we think, must prevail. The order of the judge below made it returnable on the first day of the session of this court to be holden in the town of Opelousas, on the fourth Monday of August, 1844. The transcript was filed more than one year after the return day. No application was made for further time ; nor is it pretended that the appellant has been prevented

from filing the record within the legal delay, by any event not under his control. He stands, therefore, before us without any excuse ; and his appeal must be, and is hereby dismissed, with costs.

*T. H.*, and *W. B. Lewis*, for the appellant.

*Overton* and *Dupré*, for the defendant.